**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **QUINCY ALLEN** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION " "** |
| **AEP RIVER OPERATIONS LLC,** | * | |
| **NATHAN KINARD and XYZ** | * | |
| **INSURANCE COMPANY** | * | **MAGISTRATE ( )** |

**<u>NOTICE OF REMOVAL</u>**

NOW COME defendants, AEP River Operations LLC and Nathan Kincaid (erroneously referred to in the original Petition for Damages as Nathan Kinard), who, pursuant to 28 U.S.C. § 1441, *et seq*. and §§ 1331 and 1332, and further based on the grounds set forth in this Notice of Removal, with full reservation of all rights and defenses, including all defenses delineated by Rule 12 of the Federal Rules of Civil Procedure as well as the Louisiana Code of Civil Procedure and all other jurisdictional, procedural and/or venue defenses, as well as all defenses to the merits of this action, hereby remove this action from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

In support of defendants' Notice of Removal, defendants state as follows:

1. On April 21, 2011, plaintiff filed his Petition for Damages ("Petition") in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, bearing Civil Action No. 34575 against AEP River Operations LLC, Nathan Kinard and XYZ Insurance Company.

2. Plaintiff alleges that while employed by American River Transportation Company ("ARTCO") as a seaman aboard the M/V SCARLET GEM he was injured due to the negligence of AEP and/or Kincaid, all of which is denied by defendants.

3. Upon information and belief, no proceedings have occurred in this action but the filing of the Petition, a copy of which is attached hereto.

4. Although the Petition is silent as to the amount of damages allegedly sustained by plaintiff, plaintiff has claimed damages for past and future physical pain and suffering, mental anguish, inconvenience, medical bills, lost wages, future impairment of earning capacity and loss of enjoyment of life that constitute an alleged amount in controversy that exceeds $75,000.00, exclusive of interest and costs.

5. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and without prejudice to any defense defendants may have to plaintiff's action, defendants file this Notice of Removal asserting that there is complete diversity amongst plaintiff, Quincy Allen, and defendants, AEP River Operations LLC and Nathan Kincaid. Defendants further allege that there is diversity relative to the defendant identified as XYZ Insurance Company, but that, pursuant to 28 U.S.C. § 1441(a), the citizenship of this fictitiously-named entity shall be disregarded.

6. Plaintiff alleges to be a resident of the Parish of St. James, State of Louisiana. See Petition attached hereto.

7. AEP River Operations LLC is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business and/or principal legal office in Chesterfield, Missouri. AEP Resources, Inc. is the sole owner and member of AEP River Operations LLC and is organized and exists under the laws of the State of Ohio with its principal place of business and/or principal legal office in Columbus, Ohio.

8. Nathan Kincaid is a person of the full age of majority who is domiciled in and who resides in the State of West Virginia.

9. Pursuant to 28 U.S.C. § 1446, the pleadings filed in the state court action (No. 34575, 23rd Judicial District Court for the Parish of St. James, State of Louisiana) are being filed along with this Notice of Removal and are attached hereto.

10. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal with this Court, defendants will file a copy of the Notice of Removal with the Clerk of Court for the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, and will serve a copy upon counsel for plaintiff in the removed action.

11. Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court and the filing of the Notice of Removal with the state court confers exclusive jurisdiction over this action to this Court and simultaneously divests the state court jurisdiction with respect to this action.

12. The filing of this Notice of Removal is timely under the provisions of 28 U.S.C. § 1446, having been filed within thirty (30) days of receipt by the first defendant of the Petition.

WHEREFORE, defendants, AEP River Operations LLC and Nathan Kincaid, remove this action to the United States District Court for the Eastern District of Louisiana.

**Respectfully submitted,**

**LEMLE & KELLEHER, L.L.P.**

**KENT B. RYAN, T.A. (Bar No. 18418)**
**MANDIE E. LANDRY (Bar No. 33232)**
**601 Poydras Street, Suite 2100**
**New Orleans, Louisiana 70130-6097**
**Telephone: (504) 586-1241**
**FAX: (504) 584-9142**

**Attorney for Defendants,**
**AEP River Operations LLC and Nathan Kincaid**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of May, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which sends notice of electronic filing to all counsel of record.