UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINCY ALLEN | CIVIL ACTION |
| VERSUS | NO: 11-1156 |
| AEP RIVER OPERATIONS, LLC, et al | SECTION: A/5 |

**J U D G M E N T**

Considering the evidence at trial, post-trial memoranda, the Court's findings of fact and conclusions of law, and applicable law; accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Quincy Allen, and against the defendant, AEP River Operations, LLC, in the amount of $621,924.00, with pre-judgment interest at a rate of 2 percent annum from May 16, 2011 and post-judgment interest in accordance with applicable statutes.

New Orleans, Louisiana, this 26th day of June 2013.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE